■ ELEANOR R. BOHLMAN, Appellant, v GERARD E. RIEBE et al., Respondents. [628 NYS2d 537] —Appeal by the plaintiff from an order of the Supreme Court, Suffolk County (Doyle, J.), dated April 6, 1994.

Ordered that the order is affirmed, with costs, for the reasons stated by the Supreme Court. Bracken, J. P., Rosenblatt, Krausman and Goldstein, JJ., concur.

■ DONNA BRILMAYER et al., Appellants, v PEEKSKILL CITY SCHOOL DISTRICT, Defendant and Third-Party Plaintiff-Respondent. PAUL PHILLIPS et al., Third-Party Defendants. [628 NYS2d 537] —Appeal by the plaintiffs from a judgment of the Supreme Court, Westchester County (Burrows, J.), dated April 27, 1994.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Burrows at the Supreme Court. Balletta, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.

■ MARIE BROUGH, Respondent, v NEW YORK CITY TRANSIT AUTHORITY, Appellant. [628 NYS2d 537] —In an action to recover damages for personal injuries, the defendant appeals from so much of an order of the Supreme Court, Queens County (Golar, J.), dated December 9, 1993, as denied its motion for summary judgment.

Ordered that the order is affirmed insofar as appealed from, with costs.

We agree with the Supreme Court that there remains an issue of fact as to whether the defendant owned, operated, maintained, or controlled the stairway where the plaintiff fell. Summary judgment was thus properly denied (see, Fortson v New York City Tr. Auth., 111 AD2d 58). Balletta, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.